MICHAEL P. TATRO, PRO-SE
FEDERAL REGISTER NUMBER: 05951-070
FEDERAL CORRECTIONAL INSTITUTE, FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640



**FILED**

Nov 28 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ judep        DEPUTY

NUNC PRO TUNC
11/20/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

---

MICHAEL P. TATRO
(Plaintiff)

v.

STERLING JEWELERS, INC., a Delaware
corporation; T-MOBILE, U.S.A., INC, a
Delaware corporation; MACY'S RETAIL
HOLDINGS, INC., a New York corporation
TARGET CORPORATE SERVICES, INC., a
Minnesota corporation; RAC ACCEPTANCE,
LLC, a Delaware Limited Liability Company;
VERIZON NEW ENGLAND, INC., a New York
Corporation; DFS SERVICES, LLC, a Delaware
Limited Liability Company, APPLE, INC., a
California corporation; FDS BANK, FSB, a
Federal Savings Bank; SONY ELECTRONICS,
INC., a Delaware Limited Liability Company;
THE GAP, INC., a California corporation;
VERIZON WIRELESS, LLC., a Delaware
Limited Liability Company, NEXTEL
COMMUNICATIONS OF THE MID-ATLANTIC,
INC., A Delaware corporation; BILL ME
LATER, INC., a Delaware corporation,
DIRECTV, LLC., a California Limited
Liability Company, TD BANK, USA, NA.,
a National Banking Association, CREDIT
ONE BANK, NA, a National Banking
Association; FIRST PREMIER BANK, a
National Banking Association, CAPITAL
ONE BANK, USA, NA, a National Banking
Association, SYNCHRONY BANK; BANK OF
AMERICA CORPORATION, PNC FINANCIAL
SERVICE GROUP, INC., MIDLAND CREDIT
MANAGEMENT, INC., a Kansas corporation,
THE NORTHLAND GROUP, INC., a Minnesota
corporation; WELLS FARGO CARD SERVICES,
INC., an Iowa corporation; WELLS FARGO
BANK, N.A,, a National Banking Association;
CONSUMERINFO.COM, INC., a California
corporation; Capital One Auto Finance, a
Texas corporation; G.E. Capital Financial,
TRANS UNION INTERACTIVE, a California
company.
(DEFENDANTS)

CASE NO.: 3-17-CV-1305-JAH-BGS
Hon. District Judge John A. Houston

PLAINTIFF, MICHAEL P. TATRO'S
(IN PROPRIA PERSONA), OBJECTION
TO DEFENDANT STERLING JEWELERS,
INC.'S MOTION TO DISMISS THE
COMPLAINT FOR LACK OF PERSONAL
JURISDICTION AND IMPROPER VENUE

NOW COMES THE PLAINTIFF, Michael P. Tatro (in propria persona), in the above entitled matter and respectfully object to the Defendant's Motion to Dismiss the Complaint for alleged lack of personal jurisdiction and improper venue. In support of his objection, the Plaintiff relies upon the accompanying Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED:


Michael P. Tatro, Pro-se

Date: 11 / 6 / 2017

## CERTIFICATION OF SERVICE

I, the undersigned, do hereby certify that I do not have access to the Court's ECF filing System, and have therefore cause a true copy of the within Motion/Objection/Memorandum to be sent, via first class United States Mail, to the attorney of record for each defendant who has entered an appearance in this matter and to any unrepresented party who has made their interest known to the Court and to the Plaintiff, on the ____ day of November, 2017,

Michael P. Tatro, Pro-se.