UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. TATRO,<br><br>                      Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC., a Delaware corporation; T-MOBILE, U.S.A., INC.; a Delaware corporation; MACY'S RETAIL HOLDINGS, INC., a New York corporation; TARGET CORPORATE SERVICES, INC., a Minnesota corporation; RAC ACCEPTANCE, LLC, a Delaware Limited Liability Company; VERIZON NEW ENGLAND, INC., a New York corporation; DFS SERVICES, INC., a Delaware Limited Liability Company, APPLE INC., a California corporation; FDS BANK, FSB, A Federal Savings Bank; SONY ELECTRONICS, INC., California corporation; VERIZON WIRELESS, LLC, A Delaware Limited Liability Company; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC., a Delaware corporation; BILL ME LATER, INC., a Delaware corporation; DIRECTV, LLC, a California Limited Liability Company, TD BANK, | Case No.: 17cv1305-JAH (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL (Doc. No. 121)** |

| | |
|---|---|
| 1 | USA, NA, a National Banking Association; CREDIT ONE BANK, NA, a National Banking Association; FIRST PREMIER BANK, a National Banking Association; CAPITAL ONE BANK, USA, NA. a National Banking Association; SYNCRONY BANK; BANK OF AMERICA CORPORATION; PNC FINANCIAL SERVICES, GROUP, INC.; MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; THE NORTHLAND GROUP, INC., a Minnesota corporation; WELLS FARGO CARD SERVICES, INC., a Iowa corporation, WELLS FARGO BANK, NA, a National Banking Association; CONSUMERINFO.COM, INC., a California corporation; CAPITAL ONE AUTO FINANCE, a Texas corporation; G.E. CAPITAL FINANCIAL, TRANS UNION INTERACTIVE, a California company, |
| | Defendants. |

## **ORDER**

GOOD CAUSE APPEARING, the Court **GRANTS** the joint motion for dismissal (Doc. No. 121) between Plaintiff Michael Tatro and Defendant Sterling Jewelers Inc. Accordingly, Defendant Sterling Jewelers Inc. is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

//
//
//
//
//
//

The Court shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to the interpretation and enforcement of the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: January 3, 2019

_____
JOHN A. HOUSTON
United States District Judge