UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSFER OF CASES FROM MAGISTRATE JUDGE WILLIAM V. GALLO TO MAGISTRATE JUDGE DANIEL E. BUTCHER | TRANSFER ORDER |

IT IS HEREBY ORDERED that the cases listed below are transferred from the calendar of the Honorable William V. Gallo to the calendar of the Honorable Daniel E. Butcher, for all further proceedings.

| | |
|---|---|
| 20-CV-1082-H | *Tan v. Quick Box, LLC et al.* |
| 19-CV-2491-JLS | *The Geo Group, Inc. v. Newsom et al.* |
| 19-CV-368-AJB | *Hasso v. City of San Diego et al.* |
| 19-CV-161-AJB | *Newman v. Ramona Terrace Community, LLC et al.* |
| 18-CV-1892-BAS | *Hueso v. Select Portfolio Servicing, Inc. et al.* |
| 17-CV-1305-JAH | *Tatro v. Sterling Jewelers Inc. et al.* |
| 12-CV-516-BAS | *Provide Commerce v. Hartford Fire Ins. Co.* |
| 07-CV-1950-AJB[1] | *Politte et al v. United States of America* |

**IT IS SO ORDERED.**

DATED:  June 17, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge

---

[1] Related to 17-CV-515-AJB(DEB), *United States of America v. RAJMP, Inc. et al.*

1